UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LATONYA ANTOINETTE MACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:17-cv-03422-JMS-DML |
| ) | |
| PAPA JOHN'S PIZZA, ) | |
| ) | |
| Defendant. ) | |

## Report and Recommendation to Dismiss Complaint

Plaintiff LaTonya Antoinette Mack did not appear for the initial pretrial conference held February 21, 2018, even though she had been ordered to appear. On February 26, 2018, the court issued its order requiring Ms. Mack "to show cause, in writing by March 8, 2018, why sanctions, including dismissal, should not be ordered" because of her failure to comply with the court's order requiring her attendance at the conference. The court's February 26 Order warned Ms. Mack that if she failed adequately to show cause for not participating in the initial pretrial conference, "the magistrate judge will recommend the dismissal of this case for failure to prosecute and failure to comply with court orders." Dkt. 15 at p. 1.

Ms. Mack has not responded to the court's order requiring her to make a filing showing cause for not appearing at the conference. She thus failed to show good cause.

Because Ms. Mack has not complied with the court's order requiring her to appear at the initial pretrial conference and the court's order requiring her to show

cause for her failure to appear, the magistrate judge reports and recommends to the district judge that this case be dismissed with prejudice.

Any objections to this Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R Civ. P. 72(b).  The failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

So ORDERED.

Dated: May 2, 2018

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system

Via United States mail:
LATONYA ANTOINETTE MACK
699 Connors Drive
Apt. D
Greenwood, IN  46143