UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LATONYA ANTOINETTE MACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-03422-JMS-DML |
| | ) | |
| PAPA JOHN'S PIZZA, | ) | |
| | ) | |
| Defendant. | ) | |

**Order Approving and Adopting Report and Recommendation**
**to Dismiss Complaint With Prejudice**

On May 2, 2018, the Magistrate Judge submitted and filed her Report and Recommendation (Dkt. 16) to dismiss the plaintiff's complaint with prejudice because the plaintiff did not appear, as ordered, at the initial pretrial conference and she did not respond to the court's later order that she show cause why sanctions, including dismissal, should not be entered because of her failure to appear at the conference. The parties were afforded the opportunity according to statute and the Federal Rules of Civil Procedure to file objections to the Report and Recommendation. No party filed an objection. The Court, having considered the Magistrate Judge's Report and Recommendation and being duly advised, now APPROVES and ADOPTS it [16]. Final judgment dismissing the plaintiff's complaint with prejudice will be entered.

IT IS SO ORDERED.

Date: 6/5/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Via United States mail:
LATONYA ANTOINETTE MACK
699 Connors Drive, Apt. D
Greenwood, IN 46143